| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| | Giovanna A. Ferrari (Pro Hac Vice) |
| 2 | Caitlyn M. Crisp (Pro Hac Vice) |
| | 2029 Century Park East, Suite 3500 |
| 3 | Los Angeles, California 90067-3021 |
| | Telephone:    (310) 277-7200 |
| 4 | Facsimile:     (310) 201-5219 |
| | gferrari@seyfarth.com |
| 5 | ccrisp@seyfarth.com |
| 6 | KAMER ZUCKER ABBOTT |
| | Kaitlin H. Paxton  (#13625) |
| 7 | 3000 West Charleston Boulevard, Suite 3 |
| | Las Vegas, Nevada 89102-1990 |
| 8 | Telephone:    (702) 259-8640 |
| | Facsimile:     (702) 259-8646 |
| 9 | kpaxton@kzalaw.com |
| 10 | Attorneys for Defendant |
| | GET FRESH SALES, INC. |
| 11 | |
| 12 | JEFFREY GRONICH, ATTORNEY AT LAW, P.C. |
| | Jeffrey Gronich  (#13136) |
| 13 | 1810 E. Sahara Ave., Suite 109 |
| | Las Vegas, Nevada 89104 |
| 14 | Tel:      (702) 430-6896 |
| | Fax:     (702) 727-3903 |
| 15 | jgronich@gronichlaw.com |
| 16 | Attorney for Plaintiff |
| | ZACHARY LASKO |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ZACHARY LASKO, an individual, | Case No. 2:22-cv-01176-JAD-BNW |
| Plaintiff, | **STIPULATION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE** |
| v. | |
| GET FRESH SALES, INC; EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive, | **First Request** |
| Defendants. | |

STIPULATION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE
87054217v.1

**A.     Facts Relevant to Requested Continuance of Early Neutral Evaluation Conference**

    1.     Plaintiff filed the Complaint on June 12, 2022.

    2.     Defendant removed the case to federal court on July 21, 2022

    3.     Defendant answered the Complaint on July 28, 2022.

    4.     On August 29, 2022, the Court granted the Parties stipulation to stay discovery in this matter for until October 3, 2012 so that the Parties could devote their resources to an early resolution of this case and minimize to the extent possible the expenditure of monies for attorneys' fees.

    5.     Following Defendant's informal production of documents, a situation arose between Plaintiff and his Counsel leading to Plaintiff's Counsel's decision to withdraw.

    6.     On September 30, 2022, Plaintiff's Counsel informed Defendant's Counsel that he would be filing a Motion to Withdraw as Counsel and Plaintiff is currently seeking new Counsel to represent him.

    7.     Given the pending Motion to Withdraw and the current unknowns regarding Plaintiff's representation, the Parties believe it would be best to continue the Early Neutral Evaluation Conference ("ENE") to a later date.

    8.     On October 4, 2022, the Parties filed a stipulation to continue the discovery stay until one week prior to a rescheduled ENE.

    9.     This Stipulation is made for the purposes stated above and not for purposes of delay or any other improper purpose.

**B.     Proposed Alternative Dates for Early Neutral Evaluation**.

    1.     November 14

    2.     November 15

    3.     November 18

    4.     November 29

    5.     November 30

1  DATED: October 6, 2022

2                                                                  By: */s/ Caitlyn M. Crisp*
3                                                                       SEYFARTH SHAW LLP
                                                                        Giovanna A. Ferrari (Pro Hac Vice)
                                                                        Caitlyn M. Crisp (Pro Hac Vice)
4                                                                       2029 Century Park East, Suite 3500
                                                                        Los Angeles, California 90067-3021
5                                                                       Telephone:      (310) 277-7200
                                                                        Facsimile:       (310) 201-5219
6                                                                       gferrari@seyfarth.com
                                                                        ccrisp@seyfarth.com
7
                                                                        Kaitlin H. Paxton (#13625)
8                                                                       KAMER ZUCKER ABBOTT
                                                                        3000 West Charleston Boulevard, Suite 3
9                                                                       Las Vegas, Nevada 89102-1990
                                                                        Tel:       (702) 259-8640
10                                                                      Fax:       (702) 259-8646
                                                                        kpaxton@kzalaw.com
11
                                                                        Attorneys for Defendant
12                                                                      GET FRESH SALES, INC.

13

14  DATED: October 6, 2022

15                                                                  By: */s/ Jeffrey Gronich*
                                                                        JEFFREY GRONICH, ATTORNEY AT
16                                                                      LAW, PC.
                                                                        Jeffrey Gronich (#13136)
17                                                                      1810 E. Sahara Ave., Suite 109
                                                                        Las Vegas, Nevada 89104
18                                                                      Tel:       (702) 430-6896
                                                                        Fax:       (702) 727-3903
                                                                        jgronich@gronichlaw.com
19
                                                                        Attorney for Plaintiff
20                                                                      ZACHARY LASKO

21

22

23

24

25

26

27

28

2

STIPULATION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE
87054217v.1

**ORDER**

**IT IS ORDERED** that the Early Neutral Evaluation scheduled for October 18, 2022 is VACATED and RESET to **Thursday, December 8, 2022** at **10:00 a.m.**   The ENE will be conducted in-person.  All parties and counsel **must report to Courtroom 3A** of the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

**IT IS FURTHER ORDERED** that the confidential evaluation statements must be submitted by 4:00 p.m. on Thursday, December 1, 2022.

**IT IS FURTHER ORDERED** that all other provisions of the Court's prior Order (ECF No. 12) remain in effect.

DATED:  October 7, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE