SEYFARTH SHAW LLP
Giovanna A. Ferrari (*Pro Hac Vice*)
Caitlyn M. Crisp (*Pro Hac Vice*)
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:    (310) 277-7200
Facsimile:    (310) 201-5219
gferrari@seyfarth.com
ccrisp@seyfarth.com

KAMER ZUCKER ABBOTT
Kaitlin H. Paxton  #13625
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Telephone:    (702) 259-8640
Facsimile:    (702) 259-8646
kpaxton@kzalaw.com

Attorneys for Defendant
GET FRESH SALES, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ZACHARY LASKO, an individual,<br><br>                            Plaintiff,<br><br>     v.<br><br>GET FRESH SALES, INC; EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20, inclusive<br><br>                            Defendants. | Case No. 2:22-cv-01176 JAD-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No.  30 |

Pursuant to Rule 41(1)(1), Plaintiff Zachary Lasko ("Lasko"), *pro se*, and Defendant Get Fresh Sales, Inc. ("Get Fresh"), by and through its counsel of record Seyfarth Shaw LLP, hereby stipulate and request that the above-captioned case be dismissed in its entirety *with prejudice*.

///

///

///

1

90376026v.1

Each party is to bear their own attorneys' fees and costs, except as otherwise provided.

DATED this 16th day of December, 2022

| ZACHARY LASKO | KAMER ZUCKER ABBOTT |
|---|---|
| By: /s/ Zachary Lasko<br>Zachary Lasko<br>10709 Yarmouth Bay Ct.<br>Las Vegas, NV 89179<br>*Pro Se Plaintiff* | By: */s/ Caitlyn M. Crisp*<br>Kaitlin H. Paxton  #13625<br>KAMER ZUCKER ABBOTT<br>3000 West Charleston Boulevard, Suite 3<br>Las Vegas, Nevada 89102-1990<br>Telephone:     (702) 259-8640<br>Facsimile:       (702) 259-8646<br>kpaxton@kzalaw.com<br><br>SEYFARTH SHAW LLP<br>Giovanna A. Ferrari (*Pro Hac Vice*)<br>Caitlyn M. Crisp (*Pro Hac Vice*)<br>2029 Century Park East, Suite 3500<br>Los Angeles, California 90067-3021<br>Telephone:     (310) 277-7200<br>Facsimile:       (310) 201-5219<br>gferrari@seyfarth.com<br>ccrisp@seyfarth.com<br><br>*Attorneys for Defendant*<br>*Get Fresh Sales, Inc.* |

## ORDER

Based on the parties' stipulation [ECF No. 30] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
UNITED STATES DISTRICT JUDGE

DATED: 12-16-22

2

90376026v.1